AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Richard G. Beck; Lakreshia R. Jeffery; Beverly Watson; Cheryl Gajadhar; Jeffery Willhite, on behalf of themselves and all others similarly situated,

                *Plaintiffs*
                v.

Robert A. McDonald, in his official capacity as Secretary of Veterans Affairs;
Timothy B. McMurry, in his official capacity as the former Medical Director of William Jennings Bryan Dorn VA Medica Center;
Bernard L. Dekoning, MD, in his official capacity as the Chief of Staff of William Jennings Bryan Dorn VA Medical Center;
Ruth Mustard, RN, in her official capacity as the Director for Patient Care/Nursing Services of William Jennings Bryan Dorn VA Medical Center;
David L. Omura, in his official capacity as the Associate Director of William Jennings Bryan Dorn VA Medical Center;
Jon Zivony, in his official capacity as the Assistant Director of William Jennings Bryan Dorn VA Medical Center,

                *Defendants*

Civil Action No.   3:13-999-TLW

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other:   Summary judgment is hereby entered for the above named defendants. Plaintiffs, Richard G. Beck, Beverly Watson, Cheryl Gajadhar, Jeffery Willhite, and Lakreshia R. Jeffery, shall take nothing of the defendants as to their complaint filed pursuant to 42 U.S.C. 1983 and this action is dismissed with prejudice.

This action was *(check one)*:

❒ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision was reached.

■ Decision by the Honorable Terry L. Wooten, Chief United States District Judge, presiding, having granted the defendant's motion to dismiss and, in the alternative, for summary judgment.

Date:     March 31, 2015                                    *CLERK OF COURT*

                                                            s/Karen Boston
                                                      *Signature of Clerk or Deputy Clerk*