# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Richard G. Beck, et al.,                    ) | Civil Action No. 3:13-cv-999-TLW |
|                  Plaintiffs,    ) | |
|                                ) | **NOTICE OF APPEAL** |
| vs.                                             ) | |
| Robert A. McDonald, in his official          ) | |
| capacity as Secretary of Veterans Affairs, ) | |
| et al.                                          ) | |
|                  Defendants.  ) | |

Notice is hereby given that Plaintiffs appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on the 31st day of March, 2015.

                                                            MIKE KELLY LAW GROUP, LLC

                                        BY:    /s/ D. Michael Kelly
                                                        D. Michael Kelly
                                                        Fed. Id. No. 2299
                                                        P.O. Box 8113
                                                        Columbia, SC 29202
                                                        803/726-0123 (tel)
                                                        803/252-7145 (fax)
                                                        mkelly@mklawgroup.com

                                                        Douglas J. Rosinski, Esq.
                                                        Fed. Id. 6995
                                                        701 Gervais St., Ste. 150-405
                                                        Columbia, SC  29201-3066
                                                        803.256.9555 (tel)
                                                        888.492.3636 (fax)
                                                        djr@djrosinski.com
                                                        Attorneys for Plaintiffs

Columbia, South Carolina
April 14, 2015