FILED: July 8, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1395 (L)
(3:13-cv-00999-TLW)

_____

RICHARD G. BECK; LAKRESHIA R. JEFFERY; BEVERLY WATSON; CHERYL GAJADHAR; JEFFERY WILLHITE, on behalf of themselves and all others similarly situated

        Plaintiffs - Appellants

v.

ERIC K. SHINSEKI, in his official capacity as Secretary of Veterans Affairs; TIMOTHY B. MCMURRY, in his official capacity as the former Medical Director of William Jennings Bryan Dorn VA Medical Center; BERNARD L. DEKONING, in his official capacity as the Chief of Staff of William Jennings Bryan Dorn VA Medical Center; RUTH MUSTARD, RN, Director for Patient Care-Nursing Services of William Jennings Bryan Dorn VA Medical Center; JON ZIVONY, Assistant Director of William Jennings Bryan Dorn VA Medical Center; DAVID L. OMURA, in his official capacity as the Associate Director of William Jennings Bryan Dorn VA Medical Center

        Defendants - Appellees

_____

No. 15-1715
(3:14-cv-03594-TLW)

_____

BEVERLY WATSON, on behalf of herself and all others similarly situated

      Plaintiff - Appellant

v.

ROBERT A. MCDONALD, in his official capacity as Secretary of Veterans Affairs; TIMOTHY MCMURRY, in his official capacity as the Medical Director of William Jennings Bryan Dorn Va Medical Center; RUTH MUSTARD, RN, in her official capacity as the Associate Director for Patient Care/Nursing Services of William Jennings Bryan Dorn VA Medical Center; DAVID L. OMURA, in his official capacity as the Associate Director of William Jennings Bryan Dorn VA Medical Center; JON ZIVONY, in his official capacity as the Assistant Director of William Jennings Bryan Dorn VA Medical Center; SUE PANFIL, in her official capacity as the Privacy Officer of William Jennings Bryan Dorn VA Medical Center

      Defendants - Appellees

------------------

O R D E R

------------------

Upon consideration of submissions relative to the motion to consolidate, the court grants the motion and consolidates Case No. 15-1395 and Case No. 15-1715. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk