FILED: March 31, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1395 (L)
(3:13-cv-00999-TLW)

_____

RICHARD G. BECK; LAKRESHIA R. JEFFERY; BEVERLY WATSON; CHERYL GAJADHAR; JEFFERY WILLHITE, on behalf of themselves and all others similarly situated

   Plaintiffs - Appellants

v.

DAVID J. SHULKIN, in his official capacity as Secretary of Veterans Affairs; TIMOTHY B. MCMURRY, in his official capacity as the former Medical Director of William Jennings Bryan Dorn VA Medical Center; BERNARD L. DEKONING, in his official capacity as the Chief of Staff of William Jennings Bryan Dorn VA Medical Center; RUTH MUSTARD, RN, Director for Patient Care-Nursing Services of William Jennings Bryan Dorn VA Medical Center; JON ZIVONY, Assistant Director of William Jennings Bryan Dorn VA Medical Center; DAVID L. OMURA, in his official capacity as the Associate Director of William Jennings Bryan Dorn VA Medical Center

   Defendants - Appellees

_____

No. 15-1715
(3:14-cv-03594-TLW)

_____

BEVERLY WATSON, on behalf of herself and all others similarly situated

      Plaintiff - Appellant

v.

DAVID J. SHULKIN, in his official capacity as Secretary of Veterans Affairs; TIMOTHY B. MCMURRY, in his official capacity as the Medical Director of William Jennings Bryan Dorn Va Medical Center; RUTH MUSTARD, RN, in her official capacity as the Associate Director for Patient Care/Nursing Services of William Jennings Bryan Dorn VA Medical Center; DAVID L. OMURA, in his official capacity as the Associate Director of William Jennings Bryan Dorn VA Medical Center; JON ZIVONY, in his official capacity as the Assistant Director of William Jennings Bryan Dorn VA Medical Center; SUE PANFIL, in her official capacity as the Privacy Officer of William Jennings Bryan Dorn VA Medical Center

      Defendants - Appellees

---

## M A N D A T E

---

The judgment of this court, entered February 6, 2017, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                             */s/Patricia S. Connor, Clerk*